**Request for Ministerial Judgment Order**
**Civil Case Number:**

United States Courts
Southern District of Texas
F I L E D

JUL 2 4 2023

Nathan Ochsner, Clerk of Court

Timothy Parham
1321 Upland Drive, PMB 4801
Houston, Texas 77043
July 21, 2023

THE UNITED STATES DISTRICT COURT
POB 61010
HOUSTON, TEXAS 77208

The Law of Contracts requires signed written agreements and complete transparency!
Initially, I planned to hand deliver documents 1-5 listed below, but on December 1, 2022 at his request, I emailed the documents in care of; Peter Basten- the VAMC-Houston Business Manager. I also emailed those same documents to William McWilliams- Chief Financial Officer Assistant (CFOA) to make them aware of the contract(s) that VAMC-Houston employees initiated with me, that was not a part of the the original application, agreements and other documents I signed, at the time of my hiring in January 2017. The aforementioned people and Alisa Cooper, the Chief Financial Officer (CFO) were all appointed as fiduciaries to make sure that my estate is financially compensated.

**Documents emailed to Michael E Debakey VA Medical Center:**

1. Cover page
2. Affidavit of truth for the VAMC-Houston, Texas
3. Legal Notice to the Michael E Debakey VA Medical Center
4. Invoice #3
5. Addendum to written, verbal and Implied Contracts presented by the VAMC-Houston, Texas and Addendum to written, verbal and Implied Contracts presented by the VAMC-Houston, Texas (continued)

**I am accusing The VAMC-Houston, Texas and it's employees of the following:**

A. Trespass against my estate.
B. Trespassed against The TJP Revocable Living Trust.
C. Fraud, deception, coercion, harassment and manipulation.
D. Presenting me with unwanted unilateral agreements/contracts after I put it in writing that these types of offers are unacceptable.
E. Breaching my conditional acceptance counter offer that VAMC-Houston employees initiated with me.
F. They did not rebut my affidavit of truth within the allotted fourteen business days, with a signed, dated, notarized and sworn affidavit of their own. After the fourteen business days passed, they did not pay the required amount charged on invoice number three.

G.  I notified the VA that I placed a UCC-1 lien with underlying security agreement against the transmitting utility. That the transmitting utility was not to be used when referring to the living man, Timothy Parham. The VA addressed me in this manner anyway.

H.  Unauthorized use of my private copyrighted name.

I.  Individual employees presenting me with unwanted contracts on behalf of the Michael E Debakey VA Medical Center.

J.  The VAMC-Houston did not pay the required fee of two million six- hundred thousand dollars and no cents ($2,600,000.00) for abusing my estate,  the TJP Revocable Living Trust and my UCC1 security agreement - with attached  fee schedule .

**Here are some things I made the VAMC-Houston aware of:**

1)  There is a monetary charge for using the private/ trademarked/copyrighted name Timothy Parham, when used outside of the agreed upon contracts and parameters set by the secured party.

2)  There is a required fee for me to sign documents that were not presented to me at the time of my hiring by the VAMC-Houston, unless agreed to by myself and has obvious benefits that I can see.

3)  The Phlebotomy supervisor, Wyrick, Josephine, emailed a response to me on August 25, 2020 at 1232 PM, indicating that she had received the ADDENDUM TO WRITTEN, VERBAL AND IMPLIED CONTRACTS PRESENTED BY VAMC-HOUSTON, TEXAS.

4)  The ADDENDUM TO WRITTEN, VERBAL AND IMPLIED CONTRACTS PRESENTED BY THE VAMC-HOUSTON, TEXAS is a conditional acceptance counteroffer to VAMC-HOUSTON offers, write ups, verbal and written reprimands, report of contacts, etc. It  governs all other contracts and interactions with the VAMC-Houston throughout my employment with this facility.

**Other agreements initiated by VAMC-HOUSTON employees:**

5)  The phlebotomy supervisor (Mrs.Wyrick)and lead phlebotomist (Mrs. Hall) initiated a contract with me to work the 0400 hours to 1230 hours shift every other weekend.

6)  I sent the phlebotomy supervisor an email notifying her that in order for me to work the 0400 hours to 1230 hours shift, she would have to adjust or increase my pay, at a price determined by me. Eventually I worked those hours every other weekend.

7)  The phlebotomy supervisor did not respond to my email regarding the 0400 to 1230 hundred hours shift pay increase. In this instance her silence is in agreement with me that I should receive an increase in pay. She breached the contract that she and her lead worker initiated with me by not fulfilling my financial requirements. Silence is agreement and silence is acquiescence.

8) As quoted from an email sent by laboratory manager, Rhodes Webb, Denise: "It is not up to you whether you draw the patient again. If the provider places 50 orders for blood tests, you draw the patient 50 times." Her direct order violates DIAGNOSTIC AND THERAPEUTIC CARE LINE POLICY MEMORANDUM NO. 113-26, section J which states: "No more than two venipunctures will be attempted on a patient by one phlebotomist."

9) Per our telephone conversation about payment of invoice #3 on 1/3/2023, according to Mr. McWilliams: "The VA doesn't owe you a thing." This verbal statement is unacceptable because he/they did not rebut my affidavit of truth in writing, within fourteen business days. He was one of three fiduciaries that could have responded with signed, dated and notarized affidavits of their own. Since they did not rebut the affidavit within the 14 business days, indicated they owe the amount charged on the invoice. Per contract law, Silence is agreement and silence is acquiescence.

Because of items such as A through J above, I notified specific Michael E Debakey VA Medical Center employees, that they would be held liable in their public and private capacities with unlimited liabilities, as they appeared to assume the corporate liability and became a surety for the corporate fiction.

I am seeking a ministerial judgment because the respondents did not produce a written rebuttal to the claimant's affidavit of truth.

**Sureties for the VAMC-Houston, which includes my former chain of command:**

Gwendolyn Hall- Lead Medical Technician
Her supervisor—Josephine Wyrick
Her supervisor—Consuella F. Green
Her supervisor—Denise Rhodes-Webb, MT (ASCP)
Denise Rhodes-Webb's supervisor—Dr. Michael Ittmann
His supervisor—Dr. Mark Kobelja
HIS supervisor—Mr. Francisco Vazquez

**Other sureties:**
Steven L Lieberman MD
Dyman, Maureen
Perkins, Brandy FOIA OFFICER
Dr. Wu
Tanyka Perry

Per my ADDENDUM TO WRITTEN, VERBAL AND IMPLIED CONTRACTS PRESENTED BY VAMC-HOUSTON, TEXAS, I continually notified the  VAMC-Houston that there is a charge for offering me something that I did not ask for, need or want, especially if it was not a part of the original agreement(s) when I was hired, and was not a part of my job description.

Per invoice #3, I am seeking the amount of two million six- hundred thousand dollars and no cents ($2,600,000.00), that may be divided equally among The Michael E Debakey VA Medical Center and the sureties listed above!


Printed name of secured party/creditor: Timothy Parham

Autograph: _Timothy Parham_ , ALL RIGHTS RESERVED

COVER LETTER

Timothy Parham
1321 Upland Drive, PMB 4801
Houston, Texas 77043
text/ phone 832-752-8983
July 21, 2023

United States Courts
Southern District of Texas
FILED

JUL 24 2023

Nathan Ochsner, Clerk of Court

THE UNITED STATES DISTRICT COURT
POB 61010
HOUSTON, TEXAS 77208

Comments:

*In the Request for Ministerial Judgment Order the terms I, I am, me, my, claimant, TheTJP Revocable Living Trust, secured party, creditor is the same as Timothy Parham.

*TIMOTHY PARHAM and all variations of the name are the same as the transmitting utility.

* The terms:  They, The VA, VAMC-Houston, Texas,  means the same as The Michael E.Debakey VA Regional Medical Center.

Total pages including cover page: 5


*Copies of documents emailed to the VAMC-Houston are available upon request!